

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION FOR REHEARING

Cause number: 01-12-01165-CV

Style:         *Port Arthur Steam Energy LP, Appellant v.*
               *Oxbow Calcining LLC, Appellee*

Type of motion:       Motion rehearing filed December 3, 2013

Party filing motion:    Appellee

        Appellee's motion for rehearing is **denied**.

Judge's signature:     /s/ Jane Bland
                          Acting for the Court

Panel consists of Justices Keyes, Higley, and Bland.

Date:   January 6, 2014